UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:23-mc-00059-ADA-SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT REQUEST FOR FINAL ORDER OF CONTINUING GARNISHMENT |
| v. | |
| KAMMI RAE SARGENT, | (ECF Nos. 7, 11) |
| Debtor. | |
| RIVERSTONE CLAIMS MANAGEMENT LLC, | |
| Garnishee. | |

Currently pending before the Court is the United States of America's (the "Government") request made pursuant to Section 3205(c)(7) of the Federal Debt Collection Procedure Act 28 U.S.C. §§ 3001, *et seq.* for a final order of continuing garnishment against the earnings of Defendant and Judgment Debtor Kammi Rae Sargent ("Defendant"). (ECF No. 7.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 9, 2023, the Magistrate Judge issued findings and recommendations, recommending the Government's request be granted. (ECF No. 11.) The findings and recommendations contained notice that any objections thereto were to be filed within twenty-one

1

days of service.  (*Id*. at 5.)  The time to file objections has expired and the parties have not filed any objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of the case.  Having carefully reviewed the matter, the Court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations filed August 9, 2023, (ECF No. 11), are ADOPTED IN FULL;

2. The Government's request for findings and recommendations for a final order of continuing garnishment, (ECF No. 7), is GRANTED;

3. Garnishee Riverstone Claims Management LLC is DIRECTED to pay the Clerk of the United States District Court twenty-five percent (25%) of Defendant Kammi Rae Sargent's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

4. Garnishee Riverstone Claims Management LLC is DIRECTED to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, included, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ, within fifteen (15) days of the filing of the final order;

5. Payment shall be made in the form of a check, money order or company draft, made payable to the "Clerk of the Court" and delivered to the Office of the Clerk, 501 I Street, Room 4-200, Sacramento, California 95814, and the criminal docket number (1:18-CR-00134-JLT-SKO) shall be stated on the payment instrument;

6. The United States' request to recover a $4,199.60 litigation surcharge after satisfaction of the judgment amount owed by Defendant Kammi Rae Sargent is GRANTED;

7. Garnishee Riverstone Claims Management LLC is DIRECTED to pay the

litigation surcharge to the United States Department of Justice, who shall provide payment instructions to the Garnishee concurrently with service of the final order;

8. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

9. This garnishment shall be terminated when either: (1) the United States seeks to terminate the writ; or (2) when the judgment amount and litigation surcharge are fully satisfied.

IT IS SO ORDERED.

Dated: August 30, 2023

_____
UNITED STATES DISTRICT JUDGE